UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Johnny Lee Darden**　　　　　　　　　　　　　　　　　　**Docket No. 4:13-CR-27-1BO**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnny Lee Darden, who, upon an earlier plea of guilty to Possession of Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 2, 2013, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered, that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months.

On June 17, 2014, pursuant to 18 U.S.C. §§ 3742(f)(1) and 2, the original sentence was vacated and the defendant was resentenced and remanded to the custody of the Bureau of Prisons for a term of 30 months, with credit for time served, and 3 years supervised release.

Johnny Lee Darden was released from custody on April 15, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 28, 2015, the defendant pleaded guilty in Edgecombe County District Court, Tarboro, North Carolina, to a Misdemeanor No Operators License (15CR528) offense that occurred on June 3, 2015 and received a community punishment of 6 months unsupervised probation. On July 27, 2015, the defendant was cited in Edgecombe County, North Carolina, for Driving While License Revoked-Impaired Revocation (15CR702731). This case is pending adjudication. As a sanction for this conduct, we are recommending the defendant be required to abide by the conditions of the home detention program for a period not to exceed 30 consecutive days. The defendant signed a Waiver of Hearing to Modify Conditions agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Johnny Lee Darden
Docket No. 4:13-CR-27-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: October 1, 2015 |

### ORDER OF THE COURT

Considered and ordered this ___9___ day of ___October___, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge