UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Johnny Lee Darden**          Docket No. 4:13-CR-27-1BO

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnny Lee Darden, who, upon an earlier plea of guilty to Possession of Firearms by a Felon, 18 U.S.C. §§ 922(a)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 2, 2013, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On June 17, 2014, the defendant's sentence was amended and the term of imprisonment was reduced to 30 months, and the term of supervised release was reduced to 3 years. Johnny Lee Darden was released from custody on April 15, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine on September 26, 2017, and the results were confirmed by Alere Laboratory on September 29, 2017. The defendant received a verbal reprimand for his drug use and was instructed to enroll in substance abuse treatment at Straight Walk Family Services in Rocky Mount, North Carolina. As a sanction for this drug use, we are recommending the defendant be required to adhere to a curfew with electronic monitoring for a period not to exceed 30 consecutive days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: October 27, 2017 |

Johnny Lee Darden
Docket No. 4:13-CR-27-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___27___ day of ___October___, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge